UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALKA PATEL, HETAL BAROT, SACHIN JASVNT BAROT, BHAVESH PATEL, and DARSHAN PATEL,<br><br>Defendants. | No. 2:17-CR-0034-JTR-2<br>No. 2:17-CR-0034-JTR-3<br>No. 2:17-CR-0034-JTR-4<br>No. 2:17-CR-0034-JTR-5<br>No. 2:17-CR-0034-JTR-6<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

**BEFORE THE COURT** is the Government's April 5, 2017, motion for a protective order in this matter. ECF No. 168. The Government, in an attempt to balance the needs of defense counsel to receive and review ECF No. 167 (filed under seal) with safety concerns, requests the Court issue a protective order relative to the dissemination of ECF No. 167.

Good cause appearing therefor, **IT IS HEREBY ORDERED** the Government's motion for a protective order, **ECF No. 168**, is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. Defense counsel may possess but not copy ECF No. 167 (excluding the production of necessary working copies);

2. Defense counsel may show ECF No. 167 to, and discuss with, each Defendant;

ORDER . . . - 1

3. Defense counsel shall not provide original or copies of ECF No. 167 directly to Defendants;

4. Defense counsel shall not otherwise provide original or copies of ECF No. 167 to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

5. The United States and defense counsel may reference the existence and content of ECF No. 167 in open and closed court proceedings relevant to 17-CR-00034-JLQ; and

6. The parties reserve the right to seek relief from the Protective Order should the need arise.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and furnish copies to counsel.

DATED April 6, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2