UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff- Respondent,<br><br>v.<br><br>ALKA PATEL, HETAL BAROT, and SACHIN JASVNT BAROT,<br><br>Defendants-Appellants. | NO: 2:17-CR-0034-TOR-2, 3, 4,<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR VOLUNTARILY DIMISSAL OF APPEALS |

BEFORE THE COURT are the Appellants' Motion for Voluntary Dismissal of Appeals (ECF No. 291) and Motion to Expedite the same (ECF No. 292). The motions were submitted for consideration without oral argument. The Court has reviewed the file, motions and pleadings therein, and is fully informed.

On May 15, 2017, Defendants filed a notice of appeal to this Court from the petty offense judgment and sentence imposed by Magistrate Judge Rodgers. The parties' briefing is complete. These three Defendants now move the Court to dismiss their appeals since they are no longer incarcerated and have no continuing

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEALS ~ 1

basis on which to maintain the appeals.  ECF No. 291 at 2.  The Court finds goods cause to grant the motions.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Motion for Voluntary Dismissal of Appeals (ECF No. 291) and Motion to Expedite (ECF No. 292) as to Defendants Alka Patel (2), Hetal Barot (3), and Sachin Jasvnt Barot (4) are **GRANTED**.

2. The Appeal of Magistrate Judge Conviction to District Court (ECF No. 259) is dismissed as to Defendants Alka Patel (2), Hetal Barot (3), and Sachin Jasvnt Barot (4) only.  The appeal remains pending as to Defendants Bhavesh Patel (5) and Darshan Patel (6).

The District Court Clerk is directed to enter this order and provide copies to counsel.

**DATED** August 22, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEALS ~ 2